

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00509-CR

Malcolm **GANDY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6350
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 13, 2019.

_____
Beth Watkins, Justice